U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JAB Produce, Inc.

v.

Bimex, Inc. a/t/a Roselle International Food Market, et al.

Case Number:

FILED: APRIL 2, 2008
08CV1899 RCC
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAB Produce, Inc.

| NAME (Type or print) |
| --- |
| Mary Jean Fassett |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mary Jean Fassett |
| FIRM |
| McCarron & Diess |
| STREET ADDRESS |
| 4900 Massachusetts Avenue, NW #310 |
| CITY/STATE/ZIP |
| Washington, D.C. 20016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 9078552 | 202-364-0400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐