### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1899          Assigned/Issued By: j. n.

Judge Name: shadur             Designated Magistrate Judge: denlow

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other ____
               [ ] $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                Receipt #: 2663719

Date Payment Rec'd: 4-2-08      Fiscal Clerk: j. n.

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                  _____
    *(Type of Writ)*                     *(Type of issuance)*

5  Original and  0  copies on  4-4-08  as to  all defendants
                          *(Date)*