AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAB Produce, Inc.

V.

BIMEX, INC. a/t/a
Roselle International Food Market, et al.

CASE NUMBER: 08CV1899

ASSIGNED JUDGE: JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Miroslaw Kubas
4900 W. Henderson Street
Chicago, Illinois 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 4, 2008
Date

08CV1899

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** ||
| Service of the Summons and complaint was made by me [1] | DATE April 5, 2008 |
| NAME OF SERVER *(PRINT)* Jerry Brown | TITLE Process Server |
| *Check one box below to indicate appropriate method of service* ||

G  Served personally upon the defendant. Place where served: _____

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Yolanta Kubas accepted service for her husband
Name of person with whom the summons and complaint were left: Miroslaw Kubas at 4900 W. Henderson St., Chicago, Il. at 8:25a.m.

G  Returned unexecuted: _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 5, 2008          *Jerry Brown*
                 Date                          Signature of Server

9030 Lamon, Skokie, Il. 60077
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.