IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAB PRODUCE, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| v. | :Civil Action No. 1:08-CV-01899 |
| | :Hon. Milton I. Shadur |
| BIMEX, INC. a/t/a : | |
| Roselle International Food Market, et al. : | |
| : | |
| Defendants. : | |

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, JAB Produce, Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 5th day of June, 2008                    Respectfully submitted,


McCARRON & DIESS                LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                    By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552           William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.           150 N. Wacker Drive
    Suite 310                               Suite 1400
    Washington, DC 20016                    Chicago, Illinois 60606
    (202) 364-0400                          (312) 553-1200

                                            Attorneys for Plaintiff