Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1899 | **DATE** | 6/20/2008 |
| **CASE TITLE** | JAB Produce, Inc. Vs. BIMEX, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Status hearing continued to August 15, 2008 at 9:00 a.m. Enter Consent Judgment. It is ordered that judgment is entered in favor of plaintiff and against defendants Bimex, Inc. a/t/a Roselle International Food Market and Zbigniew Kruczalak, under the trust provisions of the Perishable Agricultural Commodities Act in the amount of $8,205.00, plus interest at 18% from July 25, 2007, less all payments made to Plaintiff, pursuant to the Stipulation and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

U.S. DISTRICT COURT
2008 JUN 20 PM 12:22
FILED