IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAB PRODUCE, INC.

      Plaintiff

v.

BIMEX, INC. a/t/a
Roselle International Food Market, et al.

      Defendants.

:Civil Action No. 1:08-CV-01899
:Hon. Milton I. Shadur

## CONSENT JUDGMENT

This matter is before the Court upon an affidavit filed by plaintiff that defendants Bimex, Inc. a/t/a Roselle International Food Market and Zbigniew Kruczalak have failed to make payment in accord with the Stipulation and Order filed in this action. Pursuant to the terms of the Stipulation and Order previously filed with the Court, this Court is to enter this Consent Judgment upon the filing of an affidavit by plaintiff, which states that payment has not been made by defendants as required by the Order.

Based upon the filing of the affidavit previously noted, it is by the United States District Court for the Northern District of Illinois,

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff, JAB Produce, Inc., and against defendants, Bimex, Inc. a/t/a Roselle International Food Market and Zbigniew Kruczalak, under the trust

provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), in the amount of $8,205.00, plus interest at eighteen percent (18%) from June 25, 2007, less all payments made to plaintiff, JAB Produce, Inc., pursuant to the Stipulation and Order, plus reasonable attorney's fees as awarded by the Court upon application by JAB Produce, Inc.

June 20, 2008        _____
                     United States District Judge