## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1899 | DATE | 6/23/2008 |
| CASE TITLE | JAB Produce, Inc. Vs. Bimex, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Stipulation and Order. The June 20 Consent Judgment is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|