UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAB PRODUCE, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:08-CV-01899 |
| | : Hon. Milton I. Shadur |
| BIMEX, INC. a/t/a | : |
| Roselle International Food Market, et al. | : |
| Defendants. | : |

**AFFIDAVIT OF MARY JEAN FASSETT IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**

Mary Jean Fassett, one of the attorneys for Plaintiff, JAB Produce, Inc., submits the following affidavit in support of Plaintiff's request for attorneys' fees:

1. I was originally admitted to practice in the Commonwealth of Virginia in 1987. I have been admitted to practice before several U.S. District Court bars, including this Court in 2003. I have practiced commercial and other civil litigation continuously since my admission, and have since 1994 concentrated my practice in matters related to The Perishable Agricultural Commodities Act ("PACA").

2. I am a member of the Washington, D.C. firm or McCarron & Diess, which concentrates its practice in PACA matters, and have performed all work noted on the attached billing statement myself. My standard billing rate is currently $285.00 per hour. I am familiar with the rates charged by other attorneys of similar practice areas and tenure, and believe $285.00 per hour to be a fair and reasonable rate to award attorneys of my specialty and tenure for the type of work I performed in this matter.

3. I have reviewed my files and time records for this matter, and confirm that the attached billing statements (Exhibit 1 hereto) are true and accurate accounts of time spent by

McCarron & Diess in this action as PACA counsel for JAB Produce, Inc. from December 1, 2007 through June 30, 2008.

4. Thus, Plaintiff requests an award of attorneys' fees and costs as set forth on the attached billing statements in the total amount of $3,769.94, plus fees and costs incurred by local counsel, William B. Kohn, Esq.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

7/17/08
Dated

MARY JEAN FASSETT
PACA Counsel for Plaintiff

# Exhibit 1

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

Statement Date:  December 31, 2007
Statement No.              4243
Account No.             536.006
Page:   1

RE: v. Bimex d/b/a Roselle International

***Payments received after 12/31/2007 are <u>not</u> included on this statement.***

### Fees

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 12/04/2007 |  |  |  |  |
|  | MJF | Review facsimile from client; review PACER to see if any actions pending against defendant; review Marano case docket; prepare demand letter to defendant with cc to Marano's counsel. | 0.70 | 199.50 |
| 12/06/2007 |  |  |  |  |
|  | MJF | Tele conference with Roselle Intl; facsimile to JAB re same. | 0.25 | 71.25 |
| 12/07/2007 |  |  |  |  |
|  | MJF | Tele conference with Roselle re demand letter | 0.20 | 57.00 |
| 12/10/2007 |  |  |  |  |
|  | MJF | Tele conference with JAB re discussions with Roselle re paying off PACA debt owed to JAB | 0.10 | 28.50 |
|  |  | For Current Services Rendered | 1.25 | 356.25 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mary Jean Fassett | 1.25 | $285.00 | $356.25 |

Total Current Work                                                                                                                        356.25

**Balance Due**                                                                                                                             $356.25

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

Statement Date:   January 31, 2008
Statement No.                 4635
Account No.               536.006
Page:   1

RE: v. Bimex d/b/a Roselle International

***Payments received after 01/31/2008 are <u>not</u> included on this statement.***

| | | |
|---|---|---:|
| **Previous Balance** | | $356.25 |

Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/04/2008 | MJF | Email to JAB re status of weekly payments | 0.10 | 28.50 |
| 01/17/2008 | MJF | Review Marano court docket and dismissal order; email to client re status. | 0.20 | 57.00 |
| | | For Current Services Rendered | 0.30 | 85.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mary Jean Fassett | 0.30 | $285.00 | $85.50 |

| | |
|---|---:|
| Total Current Work | 85.50 |

Payments

| Date | Description | Amount |
|---|---|---:|
| 01/29/2008 | Payment 1/18/08 #16609 | -356.25 |

| | |
|---|---:|
| **Balance Due** | <u>$85.50</u> |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

Statement Date:   March 1, 2008
Statement No.   5514
Account No.   536.006
Page:   1

RE: v. Bimex d/b/a Roselle International

***Payments received after 03/01/2008 are <u>not</u> included on this statement.***

| | | |
|---|---|---:|
| **Previous Balance** | | $85.50 |
| | Payments | |
| 02/28/2008   Payment 2/15/08 #16861 | | -85.50 |
| **Balance Due** | | $0.00 |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

Statement Date:  March 31, 2008
Statement No.  5800
Account No.  536.006
Page:  1

RE: v. Bimex d/b/a Roselle International

***Payments received after 03/31/2008 are <u>not</u> included on this statement.***

Fees

|  |  | Hours |  |
|---|---|---|---|
| 03/07/2008 |  |  |  |
| MJF | Demand letter to Roselle Intl | 0.30 | 85.50 |
| 03/30/2008 |  |  |  |
| MJF | Research PACER for any pending lawsuits against defendants; research home addresses for individual defendants; email to client re status and whether JAB wishes to file suit. | 0.40 | 114.00 |
|  | For Current Services Rendered | 0.70 | 199.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 0.70 | $285.00 | $199.50 |

Total Current Work                                                                                                                      199.50

**Balance Due**                                                                                                                      $199.50

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

Statement Date:  April 30, 2008
Statement No.  6179
Account No.  536.006
Page:  1

RE: v. Bimex d/b/a Roselle International

*Payments received after 04/30/2008 are <u>not</u> included on this statement.*

**Previous Balance**                                                                                         $199.50

<u>Fees</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2008 | MJF | Prepare complaint, summonses, civil cover sheet and attorney appearance forms | 1.50 | 427.50 |
|  | MJF | Electronically file Complaint, Exhibits, Civil Cover Sheet and Summonses. | 0.40 | 114.00 |
| 04/04/2008 | MJF | Review summonses issued by clerk's office; email to local counsel re service address for registered agent for corporate defendant | 0.20 | 57.00 |
| 04/09/2008 | MJF | Review scheduling order and calendar status conference date | 0.10 | 28.50 |
| 04/11/2008 | MJF | Email from local re inability to serve certain defendants; facsimile to local of addresses and phone numbers | 0.20 | 57.00 |
| 04/17/2008 | MJF | Email from JAB re receipt of $25 payment/reply to same. | 0.10 | 28.50 |
|  | MJF | Tele conference with counsel for defendant Ziggy Kruczalak re proposed settlement offer. | 0.20 | 57.00 |
| 04/22/2008 | MJF | Review settlement offer from defendant Ziggy's counsel; forward to client; review client's response; reply to same | 0.20 | 57.00 |
|  | MJF | Email from client re counter offer to make to defendant to settle matter | 0.10 | 28.50 |
|  |  | For Current Services Rendered | 3.00 | 855.00 |

JAB Produce                                                                                     Statement Date: 04/30/2008
Account No.      536.006                                                                        Statement No.         6179
RE:  v. Bimex d/b/a Roselle International                                                       Page No.                 2

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 3.00 | $285.00 | $855.00 |

Expenses

| | | |
|---|---|---|
| 04/11/2008 | Postage - Federal Express charges 3/08 | 28.44 |
| | Total Expenses | 28.44 |

Advances

| | | |
|---|---|---|
| 04/02/2008 | Filing fee - U.S. District Court | 350.00 |
| | Total Advances | 350.00 |
| | Total Current Work | 1,233.44 |
| | **Balance Due** | **$1,432.94** |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL   60608

| | |
|---|---:|
| Statement Date: | May 29, 2008 |
| Statement No. | 6539 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

**Payments received after 05/29/2008 are <u>not</u> included on this statement.**

| | | | |
|---|---|---:|---:|
| **Previous Balance** | | | $1,432.94 |

<u>Fees</u>

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 05/06/2008 | MJF | Email from/to local re status of serving defendants and any settlement; email to counsel for defendant Ziggy | 0.20 | 57.00 |
| | MJF | Internet research re more specific addresses and background info for defendants Ziggy and Kaz; facsimile of same to local counsel. | 1.00 | 285.00 |
| 05/20/2008 | MJF | Email from/to local counsel re status of service on defendants; status conference tomorrow | 0.20 | 57.00 |
| 05/21/2008 | MJF | Emails from/to defense counsel for Bimex and Ziggy re settlement | 0.25 | 71.25 |
| | MJF | Email to client re settlement proposal from defendant | 0.20 | 57.00 |
| 05/22/2008 | MJF | Review JAB's email re settlement offer | 0.10 | 28.50 |
| | | For Current Services Rendered | 1.95 | 555.75 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mary Jean Fassett | 1.95 | $285.00 | $555.75 |

| | |
|---|---:|
| Total Current Work | 555.75 |

<u>Payments</u>

| Date | Description | Amount |
|---|---|---:|
| 05/05/2008 | Payment 4/18/08 #17487 | -199.50 |
| 05/28/2008 | Payment 5/16/08 #17739 | -1,233.44 |
| | Total Payments | -1,432.94 |

| | |
|---|---|
| JAB Produce | Statement Date: 05/29/2008 |
| Account No.    536.006 | Statement No.    6539 |
| RE:  v. Bimex d/b/a Roselle International | Page No.    2 |

**Balance Due** $555.75

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC  20016*

202-364-0400

Attn:  Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL  60608

Statement Date:   June 30, 2008
Statement No.              6922
Account No.            536.006
Page:  1

RE: v. Bimex d/b/a Roselle International

*Payments received after 06/30/2008 are <u>not</u> included on this statement.*

**Previous Balance**                                                                                                     $555.75

<u>Fees</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/2008 | MJF | Prepare trust chart calculating interest and fees; email to/from client re counter-offer to defendant's settlement proposal. | 0.40 | 114.00 |
| 05/30/2008 | MJF | Email to client re status of settlement negotiations | 0.10 | 28.50 |
| 06/03/2008 | MJF | Draft settlement pleadings with Bimex and Defendant Kruczalak; email to/from local counsel; revise settlement pleadings. | 1.10 | 313.50 |
|  | MJF | Email draft settlement pleadings to Bimex counsel for review and comment. | 0.25 | 71.25 |
| 06/04/2008 | MJF | Review defendants' proposed changes; email to defense counsel re issues with two proposed changes. | 0.20 | 57.00 |
|  | MJF | Review defense counsel's changes to Stip and Order; reply; revise Stip and Order | 0.40 | 114.00 |
| 06/05/2008 | MJF | Email from/to opposing counsel re execution of Stipulation and Order | 0.10 | 28.50 |
|  | MJF | Prepare JAB Rule 7.1 statement | 0.10 | 28.50 |
| 06/09/2008 | MJF | Email from/to opposing counsel re first payment under Settlement with defendant Kruzcalak | 0.10 | 28.50 |
|  | MJF | Email to JAB re first settlement payment to be received | 0.10 | 28.50 |

| | | |
|---|---|---|
| JAB Produce | Statement Date: | 06/30/2008 |
| Account No.     536.006 | Statement No. | 6922 |
| RE:  v. Bimex d/b/a Roselle International | Page No. | 2 |

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 06/10/2008 | | | | |
| | MJF | Facsimile from client re first payment received; email to opposing counsel re status of settlement paperwork | 0.10 | 28.50 |
| 06/17/2008 | | | | |
| | MJF | File Stipulation and Order re payment plan with Bimex and Ziggy; facsimile to Bimex counsel of same | 0.20 | 57.00 |
| | MJF | Begin preparing default pleadings | 0.75 | 213.75 |
| 06/18/2008 | | | | |
| | MJF | Finish drafting memorandum of law in support of default judgment; draft affidavit of MJF re fees; draft affidavit of Steve Serck in support of motion for default. | 0.70 | 199.50 |
| 06/27/2008 | | | | |
| | MJF | Facsimile to counsel for Bimex attaching Stipulation and Order signed by Judge | 0.10 | 28.50 |
| | | For Current Services Rendered | 4.70 | 1,339.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Mary Jean Fassett | 4.70 | $285.00 | $1,339.50 |

| | | |
|---|---|---:|
| | Total Current Work | 1,339.50 |

Payments

| | | |
|---|---|---:|
| 06/17/2008 | Payment 6/6/08 #17939 | -555.75 |
| | **Balance Due** | $1,339.50 |

Please note your account number on your payment.
Please call if you have any questions.