UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAB PRODUCE, INC., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **No. 08 C 1899** |
| | : | |
| BIMEX, INC., a/t/a Roselle International Food Market, | : | Judge Shadur |
| et al. | : | |
| | : | |
| Defendants | : | |

**AFFIDAVIT OF WILLIAM B. KOHN IN SUPPORT OF PLAINTIFF'S
REQUEST FOR AWARD OF ATTORNEYS' FEES**

William B. Kohn, one of the attorneys for Plaintiff, submits the following fee affidavit in support of Plaintiff's request for an award of attorneys' fees:

1.      I was originally admitted to practice in Illinois and before this Court in 1987.  I have practiced commercial and other civil litigation continuously since my admission.

2.      I am a sole practitioner, and have performed all work noted on the attached billing statements myself.  My billing rate is currently $250.00 per hour.  I am familiar with the rates charged by other attorneys of similar practice areas and tenure, and believe $250.00 per hour to be a fair and reasonable rate to award attorneys of my experience and tenure for the type of work I performed in this matter.

3.      I have reviewed my files and time records for this matter, and confirm that the attached billing statements (**Exhibit A** hereto) are true and accurate accounts of my time spent and to be spent, and expenses incurred, in prosecuting this action as local counsel for Plaintiff

through the anticipated presentment of Plaintiff's motion for default judgment against certain defendants.

4.      Thus, Plaintiff requests, *inter alia*, an award of attorneys' fees for all time and expenses shown on my attached billing statements, in the amount of **$1662.00**.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

7/17/08

Dated

WILLIAM B. KOHN
Local Counsel for Plaintiff

William B. Kohn
Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, Illinois  60606
312/553-1200
ARDC No. 6196142

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL  60606


Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite 310
Washington DC 20016


July 17, 2008
In Reference To:   JAB Produce, Inc. v. Bimex, Inc., et al.
Invoice #10103


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/4/2008 WBK  A104 Review/analyze<br>Review/analyze MJ settlement docs; emails to/from MJ re: same | | 0.20<br>250.00/hr | 50.00 |
| 6/10/2008 WBK  A106 Communicate (with client)<br>Email to/from MJ re receipt of signed Stip, etc. from Latimer | | 0.10<br>250.00/hr | 25.00 |
| 6/17/2008 WBK  A110 Manage data/files<br>Docket Stip efiled by MJ; emails from/to MJ re: status, next steps | | 0.20<br>250.00/hr | 50.00 |
| 6/18/2008 WBK  A108 Communicate (other external)<br>Cover letter to Judge Shadur deputy clerk encl. courtesy copy of Stipulation and Order; fax same to MJ, Latimer | | 0.25<br>250.00/hr | 62.50 |
| 6/20/2008 WBK  A109 Appear for/attend<br>Court appearance on status, presentment of Stipulation and Order | | 1.00<br>250.00/hr | 250.00 |
| 7/21/2008 WBK  A108 Communicate (other external)<br>Letter to Judge Shadur deputy clerk encl. motion for default judgment judge's copy (anticipated) | | 0.20<br>250.00/hr | 50.00 |
| 7/24/2008 WBK  A109 Appear for/attend<br>Court appearance on motion for default judgment (anticipated) | | 1.00<br>250.00/hr | 250.00 |
| For professional services rendered | | 2.95 | $737.50 |
| Previous balance | | | $924.50 |

JAB Produce, Inc.

|  | Amount |
|---|---|
| Balance due | $1,662.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 737.50 | 924.50 | 0.00 | 0.00 | 0.00 |

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606


Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite
310
Washington DC 20016


May 28, 2008
In Reference To:   JAB Produce, Inc. v. Bimex, Inc., et al.

Invoice #10099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2008 | WBK | A110 Manage data/files<br>Download complaint, summons, etc.; prepare all for service; tel conf<br>process server re: same; emails to/from MJ re: same | 0.50<br>250.00/hr | 125.00 |
| 4/7/2008 | WBK | A110 Manage data/files<br>E-file returns of service for Kubas, Dziewonski | 0.10<br>250.00/hr | 25.00 |
| 4/9/2008 | WBK | A104 Review/analyze<br>Review/analyze Shadur order re: preparation for initial status; email<br>to/from MJ re: same, service; tel conf Shadur clerk re: same; letter to<br>Defendants encl. same, summons and complaint copies; tel conf process<br>server re: additional service info | 0.70<br>250.00/hr | 175.00 |
| 4/17/2008 | WBK | A107 Communicate (other outside counsel)<br>Tel conf Kruczalak atty Cary Latimer; email, tel conf MJ re: same,<br>continued service efforts | 0.25<br>250.00/hr | 62.50 |
| 5/6/2008 | WBK | A106 Communicate (with client)<br>Emails to/from MJ re: status, service; review additional info faxed re:<br>service; tel conf process server re: same | 0.20<br>250.00/hr | 50.00 |
| 5/20/2008 | WBK | A106 Communicate (with client)<br>Email to/from MJ re: status; tel conf atty Latimer (2) re: accepting service<br>on behalf of Kruczalak, corporation; letter to Latimer confirming same,<br>enclosing additional copies of Summonses and Complaint | 0.55<br>250.00/hr | 137.50 |
| 5/21/2008 | WBK | A109 Appear for/attend<br>Court appearance on status; tel conf MJ re: same | 1.00<br>250.00/hr | 250.00 |

JAB Produce, Inc.                                                                                           Page    2

|  | | | Hours | Amount |
|---|---|---|---|---|
| For professional services rendered | | | 3.30 | $825.00 |

Additional Charges :

|  | | | Qty/Price | |
|---|---|---|---|---|
| 4/7/2008 WBK | E107 Delivery services/messengers<br>Process server fee -- Dziewonski | | 1<br>55.00 | 55.00 |
| WBK | E107 Delivery services/messengers<br>Process server fee -- Kubas | | 1<br>40.00 | 40.00 |
| 5/20/2008 WBK | E107 Delivery services/messengers<br>Messenger delivery to Latimer | | 1<br>4.50 | 4.50 |
| Total additional charges | | | | $99.50 |
| Total amount of this bill | | | | $924.50 |
| Balance due | | | | $924.50 |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 7/15/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION, INC.  vs. TRI-COUNTY PRODUCE, INC. , et al. | | |

**DOCKET ENTRY TEXT**

It is ORDERED that Strube Celery & Vegetable Co., Michael J. Navillo & Son, Inc. And Coosemans Chicago, Inc are granted leave to intervene as Plaintiffs and file their Complaint in Intervention instanter.  It is further ORDERED that Anthony Marano Company is granted leave to intervene in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|