UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAB PRODUCE, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 1:08-CV-01899 |
| : | Hon. Milton I. Shadur |
| BIMEX, INC. a/t/a : | |
| Roselle International Food Market, et al. : | |
| : | |
| Defendants. : | |

**AFFIDAVIT OF STEVE SERCK IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

STATE OF ILLINOIS          :

COUNTY OF COOK          :

Steve Serck, being duly sworn, deposes and says:

1. I am the President of JAB Produce, Inc. ("JAB") and make this Affidavit in support of Plaintiff's Motion for Entry of Default Judgment.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge. If called upon as a witness, I could and would competently testify to all facts stated in this affidavit.

3. JAB is an Illinois corporation located in Chicago, Illinois, which sells wholesale quantities of perishable agricultural commodities ("produce"). JAB is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a *et. seq.* ("PACA").

4. Defendant Bimex, Inc. a/t/a Roselle International Food Market ("Roselle") is a corporation subject to license under PACA.

1

5. Defendant Miroslaw Kubas was an officer and director of Roselle, and in a position of control over the PACA trust assets of JAB.

6. Defendant Wojciech Dziewonski was an officer and director of Roselle, and in a position of control over the PACA trust assets of JAB.

7. As President, my responsibilities include: 1) overseeing all sales; 2) supervising collection of the accounts receivable for all of JAB's sales, including Roselle's account which is the subject of the present motion; and 3) maintaining the books and records of JAB. I have custody and control of the sales and accounts receivable records of JAB as they relate to Roselle and I am thoroughly familiar with the manner in which those records are compiled.

8. The sales and accounts receivable records of JAB, including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made under my direction and supervision by employees whose duty it is to prepare such documents.

9. Between June 25, 2007 and July 30, 2007, JAB sold and delivered to Roselle, in interstate commerce, various wholesale lots of produce worth $8,205.00, of which $5,205.00 remains unpaid. A statement of account is attached hereto as Exhibit 1.

10. Defendants accepted the produce received from JAB.

11. JAB preserved its interest in the PACA trust in the unpaid amount of $5,205.00 by timely delivering invoices to Defendants which include the language required by 7 U.S.C. § 499e(c)(4). Copies of the invoices JAB sent to Defendants are attached hereto as Exhibit 2. Each of the invoices also contains a provision requiring Defendants to pay interest at the rate of 1.5% per month and reasonable attorneys' fees in the event collection action is necessary.

12. Defendants were obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $5,205.00 to JAB. Plaintiff is owed a balance due of $5,205.00 plus interest at 1.5% per month of $1,416.71 through July 18, 2008, and attorneys' fees. *See* Exhibit 1 for a breakdown of the interest accrued through July 18, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008.

STEVE SERCK, President
JAB Produce, Inc.

**EXHIBIT "1"**

```
03/31/08                       JAB Produce, Inc.                        Page:   1
                            Accounts Receivable Detail

         Customer: R6305, BIMEX INC./ ROSELLE INTL           Phone#

   Date      Ticket #    Code      Amount         Paid        Credit       Balance
 ---------------------------------------------------------------------------------
 06/25/07     614312      DI       382.00        68.50          0.00        313.50
 06/29/07     615373      DI       485.00         0.00          0.00        485.00
 06/29/07     615374      DI        29.00         0.00          0.00         29.00
 06/29/07     615401      DI        40.00         0.00          0.00         40.00
 07/02/07     615815      DI       376.00         0.00          0.00        376.00
 07/02/07     615852      DI       584.50         0.00          0.00        584.50
 07/02/07     615858      DI        40.00         0.00          0.00         40.00
 07/06/07     616648      DI       981.50         0.00        100.00        881.50
 07/06/07     616657      DI        12.00         0.00          0.00         12.00
 07/06/07     616732      DI        93.50         0.00          0.00         93.50
 07/09/07     617168      DI       794.00         0.00          0.00        794.00
 07/09/07     617231      DI        44.00         0.00          0.00         44.00
 07/13/07     618285      DI       648.00         0.00          0.00        648.00
 07/16/07     618648      DI       476.75         0.00          0.00        476.75
 07/20/07     619781      DI       886.50         0.00          0.00        886.50
 07/20/07     619816      DI        31.00         0.00          0.00         31.00
 07/20/07     619820      DI        87.00         0.00          0.00         87.00
 07/20/07     619837      DI        90.00         0.00          0.00         90.00
 07/25/07     620486      DI      1114.75         0.00          0.00       1114.75
 07/27/07     621262      DI       532.00         0.00          0.00        532.00
 07/27/07     621306      DI        42.00         0.00          0.00         42.00
 07/30/07     621624      DI       604.00         0.00          0.00        604.00
 ---------------------------------------------------------------------------------
        Current         3 Days        10 Days      24 Days     Over 31        Total
           0.00           0.00           0.00         0.00     8205.00      8205.00
```

**EXHIBIT "2"**

# JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 614312                               06/25/07
Customer: BIMEX INC./ ROSELLE INTL
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

```
     8   CS    Broccoli
Dole 14 count              @11.50   =    92.00

     2   CS    Broccoli Crowns
Dole //  Crowns            @13.00   =    26.00

     2   CS    Peppers, Yellow (11#)
WHITE BOX/CANADIAN         @14.00   =    28.00

     3   CS    Peppers, Red (11#)
veri fine                  @8.00    =    24.00

     1   CS    Orange Peppers 11 lb.
PERO                       @12.00   =    12.00

     1   CS    Escarole
JERSEY   CRATE             @11.00   =    11.00

     1   CS    Endive
JERSEY   CRATE             @12.50   =    12.50

     2   CS    Boston Lettuce
CA / RATTO                 @13.00   =    26.00
```

Continued

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**TOTAL**

---

# JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 614312                               06/25/07
Customer: BIMEX INC./ ROSELLE INTL
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

```
     1   CS    Swiss Chard (Green)
RATTO 24'S                 @22.50   =    22.50

     5   CS    Green Onions
Topless  medium blue bo    @11.50   =    57.50

     2   CS    Spinach, Bunch
Topless                    @13.00   =    26.00

     1   CS    Carrots, Bunch
Bolthouse 24 count         @20.00   =    20.00

     1   CS    Fennel
OCEAN MIST 30'S            @18.00   =    18.00

     1   CS    Zucchini, YELLOW
FNCY                       @6.50    =     6.50
```

*Pd. 68.50*
*bal. 313.50*

~~382.00~~

FOR RESALE ONLY
Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**TOTAL**

# JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 615373     06/29/07
Customer: BIMEX INC./ ROSELLE INTL
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

| Qty | Unit | Description | | Price | | Total |
|---|---|---|---|---|---|---|
| 1 | CS | Cukes Mini white box | | @22.00 | = | 22.00 |
| 1 | CS | Celery Hearts Nature's Reward Hearts | | @24.00 | = | 24.00 |
| 1 | CS | Cabbage, Red New Jersey / Crates | | @14.00 | = | 14.00 |
| 1 | CS | Cabbage, Savoy JERSEY | | @14.00 | = | 14.00 |
| 3 | CS | Carrots, Baby Whole 30/1# Bolthouse 30-1# baby | | @23.50 | = | 70.50 |
| 1 | SK | Radishes Bulk 40 lb. Oh / Dutch Maid | | @19.00 | = | 19.00 |
| 2 | CS | Dill - 60 Count CA / RATTO | | @20.00 | = | 40.00 |
| 1 | CS | Dandelion Greens - 24'S CA / RATTO | | @22.50 | = | 22.50 |

Continued

# JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 615373     06/29/07
Customer: BIMEX INC./ ROSELLE INTL
Ship to:

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

| Qty | Unit | Description | | Price | | Total |
|---|---|---|---|---|---|---|
| 1 | CS | Endive Topless | | @12.00 | = | 12.00 |
| 1 | CS | Escarole Topless | | @12.00 | = | 12.00 |
| 1 | CS | Eggplant, Baby Lakeside | | @22.00 | = | 22.00 |
| 2 | CS | Mushrooms, Portabello STK | | @11.00 | = | 22.00 |
| 4 | CS | Pickles - Choice New Jersey / Bushel | | @16.00 | = | 64.00 |
| 3 | CS | Spinach, Cello (8/10oz) PEAK | | @7.50 | = | 22.50 |
| 1 | CS | Swiss Chard (Green) OHIO / DUTCH MAID / 24'S | | @22.00 | = | 22.00 |
| 1 | CS | Swiss Chard (Red) RATTO 24'S | | @22.75 | = | 22.75 |

Continued

F O R   R E S A L E   O N L Y

Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**TOTAL**

# JAB PRODUCE, INC.
"Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

**Invoice:** 615373                          06/29/07
**Customer:** BIMEX INC./ ROSELLE INTL
**Ship to:**

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

| | | | | | |
|---|---|---|---|---|---|
| 1 | CS | Sugar Snap Peas | @20.00 | = | 20.00 |
| 1 | CS | Squash, Yellow fancy Farm Fresh | @12.00 | = | 12.00 |
| 1 | CS | Finger Hots STOCK | @15.75 | = | 15.75 |
| 1 | CS | Okra CRATE | @12.00 | = | 12.00 |

485.00

FOR RESALE ONLY

Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

**TOTAL**