## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAB PRODUCE, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :Civil Action No. 1:08-CV-01899 |
| | :Hon. Milton I. Shadur |
| BIMEX, INC. a/t/a | : |
| Roselle International Food Market, et al. | : |
| | : |
| Defendants. | : |

## **NOTICE OF MOTION**

To:    Miroslaw Kubas
4900 W. Henderson Street
Chicago, IL 60641

Wojciech Dziewonski
8015 O'Connor Drive
River Grove, IL 60171

PLEASE TAKE NOTICE that on **July 24, 2008 at 9:15 a.m.,** we will appear before the Honorable Judge Shadur, or any Judge sitting in his stead, in Room 2303 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and present the attached **Motion for Entry of Default Judgment Instanter.**

                                                          s/ Mary Jean Fassett
                                                          One of the Attorneys for Plaintiffs

Mary Jean Fassett, ID#9078552
McCARRON & DIESS
4900 Massachusetts Ave., NW
Suite 310
Washington, D.C. 20016
(202) 364-0400

2

## CERTIFICATE OF SERVICE

      Mary Jean Fassett, an attorney, certifies that on July 21, 2008, she caused copies of this Notice and the attached Motion, Memorandum, and Affidavits with exhibits, to be sent by Federal Express Next Day Air and firs class mail, postage pre-paid, to each of the Defendants at their respective addresses listed in this Notice above.

                                          s/ Mary Jean Fassett
                                          Mary Jean Fassett