UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAB PRODUCE, INC. | : |
| | : |
|       Plaintiff | : |
| | : |
|       v. | : Civil Action No. 1:08-CV-01899 |
| | : Hon. Milton I. Shadur |
| BIMEX, INC. a/t/a | : |
| Roselle International Food Market, et al. | : |
| | : |
|       Defendants. | : |

**SUPPLEMENTAL AFFIDAVIT OF MARY JEAN FASSETT IN
SUPPORT OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**

Mary Jean Fassett, one of the attorneys for Plaintiff, JAB Produce, Inc., submits the following supplemental affidavit in support of Plaintiff's *reduced* request for attorneys' fees:

    1.    I was originally admitted to practice in the Commonwealth of Virginia in 1987. I have been admitted to practice before several U.S. District Court bars, including this Court in 2003. I have practiced commercial and other civil litigation continuously since my admission, and have since 1994 concentrated my practice in matters related to The Perishable Agricultural Commodities Act ("PACA").

    2.    I am a member of the Washington, D.C. firm or McCarron & Diess, which concentrates its practice in PACA matters, and have performed all work noted on the attached billing statement myself. My standard billing rate is currently $285.00 per hour. I am familiar with the rates charged by other attorneys of similar practice areas and tenure, and believe $285.00 per hour to be a fair and reasonable rate to award attorneys of my specialty and tenure for the type of work I performed in this matter.

    3.    I have reviewed my files and time records for this matter, and confirm that the attached billing statements (Exhibit 1 hereto) are true and accurate accounts of time spent by McCarron & Diess in this action as PACA counsel for JAB Produce, Inc. from December 1,

2007 through June 30, 2008. The billing statements from my local counsel, William B. Kohn, Esq., previously attested to by Mr. Kohn regarding accuracy of time spent, are true and accurate copies of the billing statements received from Mr. Kohn in this action.

4. I have circled all time and cost entries on my billing statements and Mr. Kohn's billing statements that are related to the settlement reached with defendants Bimex Inc. and Zbigniew Kruczalak in this matter and deducted them from the total bills. The amount of $1,254.00 has been deducted from the fees and costs incurred by McCarron & Diess, leaving a reduced balance due of attorneys fees and costs in the amount of $2,515.94. The amount of $892.00 has been deducted from the fees and costs incurred by William B. Kohn, leaving a reduced balance due of attorneys fees and costs in the amount of $770.00.

5. Thus, Plaintiff requests an award of attorneys' fees and costs as set forth on the attached billing statements in the total amount of $2,515.94 for McCarron & Diess, plus fees and costs incurred by local counsel, William B. Kohn, Esq., in the amount of $770. The total amount of attorneys' fees and costs sought is $3,285.94.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

July 31, 2008  
Dated

s/ Mary Jean Fassett  
MARY JEAN FASSETT

PACA Counsel for Plaintiff

2

**EXHIBIT 1**

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

*[Handwritten: $3769.94 less (1254.00) = 2515.94 due 1/31/08 MJF — fees + cost related to settlement with other defendant]*

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date: December 31, 2007
Statement No. 4243
Account No. 536.006
Page: 1

RE: v. Bimex d/b/a Roselle International

Payments received after 12/31/2007 are **not** included on this statement.

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/04/2007 | MJF | Review facsimile from client; review PACER to see if any actions pending against defendant; review Marano case docket; prepare demand letter to defendant with cc to Marano's counsel. | 0.70 | 199.50 |
| 12/06/2007 | MJF | Tele conference with Roselle Intl; facsimile to JAB re same. | 0.25 | 71.25 |
| 12/07/2007 | MJF | Tele conference with Roselle re demand letter | 0.20 | 57.00 |
| 12/10/2007 | MJF | Tele conference with JAB re discussions with Roselle re paying off PACA debt owed to JAB | 0.10 | 28.50 |
| | | For Current Services Rendered | 1.25 | 356.25 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 1.25 | $285.00 | $356.25 |

Total Current Work  356.25

**Balance Due**  $356.25

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date:   January 31, 2008
Statement No.            4635
Account No.           536.006
Page:  1

RE: v. Bimex d/b/a Roselle International

*Payments received after 01/31/2008 are not included on this statement.*

**Previous Balance**                                              $356.25

### Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 01/04/2008 MJF | Email to JAB re status of weekly payments | | 0.10 | 28.50 |
| 01/17/2008 MJF | Review Marano court docket and dismissal order; email to client re status. | | 0.20 | 57.00 |
| | For Current Services Rendered | | 0.30 | 85.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 0.30 | $285.00 | $85.50 |

Total Current Work                                                 85.50

### Payments

01/29/2008   Payment 1/18/08 #16609                              -356.25

**Balance Due**                                                  $85.50

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL  60608

Statement Date:  March 1, 2008
Statement No.  5514
Account No.  536.006
Page:  1

RE: v. Bimex d/b/a Roselle International

Payments received after 03/01/2008 are not included on this statement.

| | |
|---|---|
| **Previous Balance** | $85.50 |
| **Payments** | |
| 02/28/2008  Payment 2/15/08 #16861 | -85.50 |
| **Balance Due** | $0.00 |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date: March 31, 2008
Statement No. 5800
Account No. 536.006
Page: 1

RE: v. Bimex d/b/a Roselle International

Payments received after 03/31/2008 are not included on this statement.

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/2008 | MJF | Demand letter to Roselle Intl | 0.30 | 85.50 |
| 03/30/2008 | MJF | Research PACER for any pending lawsuits against defendants; research home addresses for individual defendants; email to client re status and whether JAB wishes to file suit. | 0.40 | 114.00 |
| | | For Current Services Rendered | 0.70 | 199.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 0.70 | $285.00 | $199.50 |

Total Current Work                                                199.50

**Balance Due**                                                   $199.50

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date: April 30, 2008
Statement No. 6179
Account No. 536.006
Page: 1

RE: v. Bimex d/b/a Roselle International

Payments received after 04/30/2008 are **not** included on this statement.

**Previous Balance** $199.50

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2008 | MJF | Prepare complaint, summonses, civil cover sheet and attorney appearance forms | 1.50 | 427.50 |
| | MJF | Electronically file Complaint, Exhibits, Civil Cover Sheet and Summonses. | 0.40 | 114.00 |
| 04/04/2008 | MJF | Review summonses issued by clerk's office; email to local counsel re service address for registered agent for corporate defendant | 0.20 | 57.00 |
| 04/09/2008 | MJF | Review scheduling order and calendar status conference date | 0.10 | 28.50 |
| 04/11/2008 | MJF | Email from local re inability to serve certain defendants; facsimile to local of addresses and phone numbers | 0.20 | 57.00 |
| 04/17/2008 | MJF | Email from JAB re receipt of $25 payment/reply to same. | 0.10 | 28.50 |
| | MJF | Tele conference with counsel for defendant Ziggy Kruczalak re proposed settlement offer. | 0.20 | 57.00 |
| 04/22/2008 | MJF | Review settlement offer from defendant Ziggy's counsel; forward to client; review client's response; reply to same | 0.20 | 57.00 |
| | MJF | Email from client re counter offer to make to defendant to settle matter | 0.10 | 28.50 |
| | | For Current Services Rendered | 3.00 | 855.00 |

*credit* (handwritten annotation circling 57.00, 57.00, 28.50, 855.00)

JAB Produce  
Account No.   536.006  
RE:  v. Bimex d/b/a Roselle International  

Statement Date: 04/30/2008  
Statement No.   6179  
Page No.   2  

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 3.00 | $285.00 | $855.00 |

### Expenses

| | | |
|---|---|---|
| 04/11/2008 | Postage - Federal Express charges 3/08 | 28.44 |
| | Total Expenses | 28.44 |

### Advances

| | | |
|---|---|---|
| 04/02/2008 | Filing fee - U.S. District Court | 350.00 |
| | Total Advances | 350.00 |
| | Total Current Work | 1,233.44 |
| | **Balance Due** | $1,432.94 |

Please note your account number on your payment.  
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date: May 29, 2008
Statement No. 6539
Account No. 536.006
Page: 1

RE: v. Bimex d/b/a Roselle International

*Payments received after 05/29/2008 are **not** included on this statement.*

**Previous Balance** $1,432.94

### Fees

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/2008 | MJF | Email from/to local re status of serving defendants and any settlement; email to counsel for defendant Ziggy | 0.20 | 57.00 *credit* |
| | MJF | Internet research re more specific addresses and background info for defendants Ziggy and Kaz; facsimile of same to local counsel. | 1.00 | 285.00 |
| 05/20/2008 | MJF | Email from/to local counsel re status of service on defendants; status conference tomorrow | 0.20 | 57.00 |
| 05/21/2008 | MJF | Emails from/to defense counsel for Bimex and Ziggy re settlement | 0.25 | 71.25 |
| | MJF | Email to client re settlement proposal from defendant | 0.20 | 57.00 |
| 05/22/2008 | MJF | Review JAB's email re settlement offer | 0.10 | 28.50 |
| | | For Current Services Rendered | 1.95 | 555.75 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 1.95 | $285.00 | $555.75 |

**Total Current Work** 555.75

### Payments

| 05/05/2008 | Payment 4/18/08 #17487 | -199.50 |
| 05/28/2008 | Payment 5/16/08 #17739 | -1,233.44 |
| | Total Payments | -1,432.94 |

JAB Produce
Account No.      536.006
RE: v. Bimex d/b/a Roselle International

Statement Date: 05/29/2008
Statement No.         6539
Page No.                 2

**Balance Due**

$555.75

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

Attn: Steve Serck
JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL  60608

Statement Date:    June 30, 2008
Statement No.            6922
Account No.           536.006
Page:   1

RE: v. Bimex d/b/a Roselle International

*Payments received after 06/30/2008 are not included on this statement.*

|  |  |  |  |
|---|---|---|---|
| **Previous Balance** |  |  | $555.75 |
| **Fees** |  | **Hours** |  |
| 05/29/2008 MJF | Prepare trust chart calculating interest and fees; email to/from client re counter-offer to defendant's settlement proposal. | 0.40 | 114.00 |
| 05/30/2008 MJF | Email to client re status of settlement negotiations | 0.10 | 28.50 |
| 06/03/2008 MJF | Draft settlement pleadings with Bimex and Defendant Kruczalak; email to/from local counsel; revise settlement pleadings. | 1.10 | 313.50 |
| MJF | Email draft settlement pleadings to Bimex counsel for review and comment. | 0.25 | 71.25 |
| 06/04/2008 MJF | Review defendants' proposed changes; email to defense counsel re issues with two proposed changes. | 0.20 | 57.00 |
| MJF | Review defense counsel's changes to Stip and Order; reply; revise Stip and Order | 0.40 | 114.00 |
| 06/05/2008 MJF | Email from/to opposing counsel re execution of Stipulation and Order | 0.10 | 28.50 |
| MJF | Prepare JAB Rule 7.1 statement | 0.10 | 28.50 |
| 06/09/2008 MJF | Email from/to opposing counsel re first payment under Settlement with defendant Kruzcalak | 0.10 | 28.50 |
| MJF | Email to JAB re first settlement payment to be received | 0.10 | 28.50 |

*(handwritten: "credit" circling entries from 114.00 down through 28.50; "out" next to bottom two 28.50 entries)*

JAB Produce
Account No.    536.006
RE: v. Bimex d/b/a Roselle International

Statement Date: 06/30/2008
Statement No.    6922
Page No.    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/10/2008 | MJF | Facsimile from client re first payment received; email to opposing counsel re status of settlement paperwork | 0.10 | 28.50 |
| 06/17/2008 | MJF | File Stipulation and Order re payment plan with Bimex and Ziggy; facsimile to Bimex counsel of same | 0.20 | 57.00 |
| | MJF | Begin preparing default pleadings | 0.75 | 213.75 |
| 06/18/2008 | MJF | Finish drafting memorandum of law in support of default judgment; draft affidavit of MJF re fees; draft affidavit of Steve Serck in support of motion for default. | 0.70 | 199.50 |
| 06/27/2008 | MJF | Facsimile to counsel for Bimex attaching Stipulation and Order signed by Judge | 0.10 | 28.50 |
| | | For Current Services Rendered | 4.70 | 1,339.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 4.70 | $285.00 | $1,339.50 |

Total Current Work                                                                                                     1,339.50

Payments

06/17/2008    Payment 6/6/08 #17939                                                                          -555.75

**Balance Due**                                                                                                          $1,339.50

Please note your account number on your payment.
Please call if you have any questions.

$1662.00
less ($892.00) fees + costs related to settlement with other defendant
————————————
$770.00 due

MJF
7·31·08

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606

Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite 310
Washington DC 20016

July 17, 2008
In Reference To:  JAB Produce, Inc. v. Bimex, Inc., et al.
Invoice #10103

### Professional Services

| Date | | Code/Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2008 | WBK | A104 Review/analyze<br>Review/analyze MJ settlement docs; emails to/from MJ re: same | 0.20<br>250.00/hr | 50.00 |
| 6/10/2008 | WBK | A106 Communicate (with client)<br>Email to/from MJ re receipt of signed Stip, etc. from Latimer | 0.10<br>250.00/hr | 25.00 |
| 6/17/2008 | WBK | A110 Manage data/files<br>Docket Stip efiled by MJ; emails from/to MJ re: status, next steps | 0.20<br>250.00/hr | 50.00 |
| 6/18/2008 | WBK | A108 Communicate (other external)<br>Cover letter to Judge Shadur deputy clerk encl. courtesy copy of Stipulation and Order; fax same to MJ, Latimer | 0.25<br>250.00/hr | 62.50 |
| 6/20/2008 | WBK | A109 Appear for/attend<br>Court appearance on status, presentment of Stipulation and Order | 1.00<br>250.00/hr | 250.00 |
| 7/21/2008 | WBK | A108 Communicate (other external)<br>Letter to Judge Shadur deputy clerk encl. motion for default judgment judge's copy (anticipated) | 0.20<br>250.00/hr | 50.00 |
| 7/24/2008 | WBK | A109 Appear for/attend<br>Court appearance on motion for default judgment (anticipated) | 1.00<br>250.00/hr | 250.00 |

(first 5 entries circled — "credit")

For professional services rendered   2.95   $737.50

Previous balance   $924.50

JAB Produce, Inc.

Page 2

| | Amount |
|---|---|
| Balance due | $1,662.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 737.50 | 924.50 | 0.00 | 0.00 | 0.00 |

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606

Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite 310
Washington DC 20016

May 28, 2008
In Reference To: JAB Produce, Inc. v. Bimex, Inc., et al.
Invoice #10099

Professional Services

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2008 | WBK | A110 Manage data/files<br>Download complaint, summons, etc.; prepare all for service; tel conf process server re: same; emails to/from MJ re: same | 0.50<br>250.00/hr | 125.00 |
| 4/7/2008 | WBK | A110 Manage data/files<br>E-file returns of service for Kubas, Dziewonski | 0.10<br>250.00/hr | 25.00 |
| 4/9/2008 | WBK | A104 Review/analyze<br>Review/analyze Shadur order re: preparation for initial status; email to/from MJ re: same, service; tel conf Shadur clerk re: same; letter to Defendants encl. same, summons and complaint copies; tel conf process server re: additional service info | 0.70<br>250.00/hr | 175.00 |
| 4/17/2008 | WBK | A107 Communicate (other outside counsel)<br>Tel conf Kruczalak atty Cary Latimer; email, tel conf MJ re: same, continued service efforts | 0.25<br>250.00/hr | (62.50) credit |
| 5/6/2008 | WBK | A106 Communicate (with client)<br>Emails to/from MJ re: status, service; review additional info faxed re: service; tel conf process server re: same | 0.20<br>250.00/hr | 50.00 |
| 5/20/2008 | WBK | A106 Communicate (with client)<br>Email to/from MJ re: status; tel conf atty Latimer (2) re: accepting service on behalf of Kruczalak, corporation; letter to Latimer confirming same, enclosing additional copies of Summonses and Complaint | 0.55<br>250.00/hr | (137.50) credit |
| 5/21/2008 | WBK | A109 Appear for/attend<br>Court appearance on status; tel conf MJ re: same | 1.00<br>250.00/hr | (250.00) credit |

JAB Produce, Inc.

Page 2

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.30 | $825.00 |
| Additional Charges : | | |

| | | Qty/Price | |
|---|---|---|---|
| 4/7/2008 WBK E107 Delivery services/messengers Process server fee -- Dziewonski | | 1 / 55.00 | 55.00 |
| WBK E107 Delivery services/messengers Process server fee -- Kubas | | 1 / 40.00 | 40.00 |
| 5/20/2008 WBK E107 Delivery services/messengers Messenger delivery to Latimer | | 1 / 4.50 | (4.50) credit |

Total additional charges  $99.50

Total amount of this bill  $924.50

Balance due  $924.50