IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAB PRODUCE, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :Civil Action No. 1:08-CV-01899 |
| | :Hon. Milton Shadur |
| BIMEX, INC. a/t/a | : |
| Roselle International Food Market, et al. | : |
| | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JAB Produce, Inc., by and through counsel, and pursuant to Rule

41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this

action as to defendant Kazimierz Koniarczyk only.

Dated this 14th day of August, 2008.


McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett            By:s/ William B. Kohn
       Mary Jean Fassett, ID#9078552         William B. Kohn
       4900 Massachusetts Ave., N.W.         150 N. Wacker Drive
       Suite 310                             Suite 1400
       Washington, DC 20016                  Chicago, Illinois 60606
       (202) 364-0400                        (312) 553-1200

                                             Attorneys for Plaintiffs