**EXHIBIT 1**

# MCCARRON & DIESS

Suite 310
4900 Massachusetts Avenue, NW
Washington, DC 20016

202-364-0400

*Handwritten note at top right:*
$3769.94
less (1254.00) fees + costs related to settlement with other defendant.
2515.94 due
1/31/08 MJF

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

Statement Date: December 31, 2007
Statement No. 4243
Account No. 536.006
Page: 1

RE: v. Bimex d/b/a Roselle International

**Payments received after 12/31/2007 are _not_ included on this statement.**

### Fees

| Date | | Description | Hours | |
|------|------|-------------|-------|------|
| 12/04/2007 | MJF | Review facsimile from client; review PACER to see if any actions pending against defendant; review Marano case docket; prepare demand letter to defendant with cc to Marano's counsel. | 0.70 | 199.50 |
| 12/06/2007 | MJF | Tele conference with Roselle Intl; facsimile to JAB re same. | 0.25 | 71.25 |
| 12/07/2007 | MJF | Tele conference with Roselle re demand letter | 0.20 | 57.00 |
| 12/10/2007 | MJF | Tele conference with JAB re discussions with Roselle re paying off PACA debt owed to JAB | 0.10 | 28.50 |
| | | For Current Services Rendered | 1.25 | 356.25 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Mary Jean Fassett | 1.25 | $285.00 | $356.25 |

Total Current Work — 356.25

**Balance Due** — $356.25

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | January 31, 2008 |
| Statement No. | 4635 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

**Payments received after 01/31/2008 are _not_ included on this statement.**

| | | | |
|---|---|---|---|
| **Previous Balance** | | | $356.25 |

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 01/04/2008 | | | | |
| MJF | Email to JAB re status of weekly payments | | 0.10 | 28.50 |
| 01/17/2008 | | | | |
| MJF | Review Marano court docket and dismissal order; email to client re status. | | 0.20 | 57.00 |
| | For Current Services Rendered | | 0.30 | 85.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 0.30 | $285.00 | $85.50 |

| | | |
|---|---|---|
| Total Current Work | | 85.50 |

### Payments

| | | |
|---|---|---|
| 01/29/2008 | Payment 1/18/08 #16609 | -356.25 |

| | | |
|---|---|---|
| **Balance Due** | | $85.50 |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | March 1, 2008 |
| Statement No. | 5514 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

***Payments received after 03/01/2008 are <u>not</u> included on this statement.***

| | | |
|---|---|---|
| **Previous Balance** | | $85.50 |
| | Payments | |
| 02/28/2008 | Payment 2/15/08 #16861 | -85.50 |
| **Balance Due** | | $0.00 |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | March 31, 2008 |
| Statement No. | 5800 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

**Payments received after 03/31/2008 are <u>not</u> included on this statement.**

### Fees

| | | Hours | |
|---|---|---|---|
| 03/07/2008 | | | |
| MJF | Demand letter to Roselle Intl | 0.30 | 85.50 |
| | | | |
| 03/30/2008 | | | |
| MJF | Research PACER for any pending lawsuits against defendants; research home addresses for individual defendants; email to client re status and whether JAB wishes to file suit. | 0.40 | 114.00 |
| | For Current Services Rendered | 0.70 | 199.50 |

| Recapitulation | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| Mary Jean Fassett | 0.70 | $285.00 | $199.50 |

| | |
|---|---|
| Total Current Work | 199.50 |
| **Balance Due** | $199.50 |

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | April 30, 2008 |
| Statement No. | 6179 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

***Payments received after 04/30/2008 are <u>not</u> included on this statement.***

| | | | | |
|---|---|---|---|---|
| **Previous Balance** | | | | $199.50 |

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 04/02/2008 | | | | |
| | MJF | Prepare complaint, summonses, civil cover sheet and attorney appearance forms | 1.50 | 427.50 |
| | MJF | Electronically file Complaint, Exhibits, Civil Cover Sheet and Summonses. | 0.40 | 114.00 |
| 04/04/2008 | | | | |
| | MJF | Review summonses issued by clerk's office; email to local counsel re service address for registered agent for corporate defendant | 0.20 | 57.00 |
| 04/09/2008 | | | | |
| | MJF | Review scheduling order and calendar status conference date | 0.10 | 28.50 |
| 04/11/2008 | | | | |
| | MJF | Email from local re inability to serve certain defendants; facsimile to local of addresses and phone numbers | 0.20 | 57.00 |
| 04/17/2008 | | | | |
| | MJF | Email from JAB re receipt of $25 payment/reply to same. | 0.10 | 28.50 |
| | MJF | Tele conference with counsel for defendant Ziggy Kruczalak re proposed settlement offer. | 0.20 | 57.00 |
| 04/22/2008 | | | | |
| | MJF | Review settlement offer from defendant Ziggy's counsel; forward to client; review client's response; reply to same | 0.20 | 57.00 |
| | MJF | Email from client re counter offer to make to defendant to settle matter | 0.10 | 28.50 |
| | | For Current Services Rendered | 3.00 | 855.00 |

*credit*

JAB Produce
Account No.        536.006
RE:  v. Bimex d/b/a Roselle International

Statement Date: 04/30/2008
Statement No.        6179
Page No.        2

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 3.00 | $285.00 | $855.00 |

Expenses

| 04/11/2008 | Postage - Federal Express charges 3/08 | 28.44 |
|---|---|---|
| | Total Expenses | 28.44 |

Advances

| 04/02/2008 | Filing fee - U.S. District Court | 350.00 |
|---|---|---|
| | Total Advances | 350.00 |
| | Total Current Work | 1,233.44 |

**Balance Due**                                                    $1,432.94

Please note your account number on your payment.
Please call if you have any questions.

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | May 29, 2008 |
| Statement No. | 6539 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

**Payments received after 05/29/2008 are not included on this statement.**

| | | | | |
|---|---|---|---|---|
| **Previous Balance** | | | | $1,432.94 |

Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/2008 | | | | *credit* |
| | MJF | Email from/to local re status of serving defendants and any settlement; email to counsel for defendant Ziggy | 0.20 | 57.00 |
| | MJF | Internet research re more specific addresses and background info for defendants Ziggy and Kaz; facsimile of same to local counsel. | 1.00 | 285.00 |
| 05/20/2008 | | | | *credit* |
| | MJF | Email from/to local counsel re status of service on defendants; status conference tomorrow | 0.20 | 57.00 |
| 05/21/2008 | | | | |
| | MJF | Emails from/to defense counsel for Bimex and Ziggy re settlement | 0.25 | 71.25 |
| | MJF | Email to client re settlement proposal from defendant | 0.20 | 57.00 |
| 05/22/2008 | | | | |
| | MJF | Review JAB's email re settlement offer | 0.10 | 28.50 |
| | | For Current Services Rendered | 1.95 | 555.75 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 1.95 | $285.00 | $555.75 |

| | | |
|---|---|---|
| Total Current Work | | 555.75 |

Payments

| Date | Description | Amount |
|---|---|---|
| 05/05/2008 | Payment 4/18/08 #17487 | -199.50 |
| 05/28/2008 | Payment 5/16/08 #17739 | -1,233.44 |
| | Total Payments | -1,432.94 |

JAB Produce
Account No.      536.006
RE:  v. Bimex d/b/a Roselle International

# MCCARRON & DIESS

*Suite 310*
*4900 Massachusetts Avenue, NW*
*Washington, DC 20016*

202-364-0400

Attn: Steve Serck

JAB Produce
Chicago Intl. Produce Market
2404 S. Wolcott Ave.
Unit 23
Chicago, IL 60608

| | |
|---|---|
| Statement Date: | June 30, 2008 |
| Statement No. | 6922 |
| Account No. | 536.006 |
| Page: | 1 |

RE: v. Bimex d/b/a Roselle International

**Payments received after 06/30/2008 are <u>not</u> included on this statement.**

| | | **Previous Balance** | | $555.75 |
|---|---|---|---|---|

Fees

*credit*

| | | | Hours | |
|---|---|---|---|---|
| 05/29/2008 | | | | |
| | MJF | Prepare trust chart calculating interest and fees; email to/from client re counter-offer to defendant's settlement proposal. | 0.40 | 114.00 |
| 05/30/2008 | | | | |
| | MJF | Email to client re status of settlement negotiations | 0.10 | 28.50 |
| 06/03/2008 | | | | |
| | MJF | Draft settlement pleadings with Bimex and Defendant Kruczalak; email to/from local counsel; revise settlement pleadings. | 1.10 | 313.50 |
| | MJF | Email draft settlement pleadings to Bimex counsel for review and comment. | 0.25 | 71.25 |
| 06/04/2008 | | | | |
| | MJF | Review defendants' proposed changes; email to defense counsel re issues with two proposed changes. | 0.20 | 57.00 |
| | MJF | Review defense counsel's changes to Stip and Order; reply; revise Stip and Order | 0.40 | 114.00 |
| 06/05/2008 | | | | |
| | MJF | Email from/to opposing counsel re execution of Stipulation and Order | 0.10 | 28.50 |
| | MJF | Prepare JAB Rule 7.1 statement | 0.10 | 28.50 |
| 06/09/2008 | | | | |
| | MJF | Email from/to opposing counsel re first payment under Settlement with defendant Kruzcalak | 0.10 | 28.50 |
| | MJF | Email to JAB re first settlement payment to be received | 0.10 | 28.50 |

*credit*

JAB Produce
Account No.     536.006
RE:  v. Bimex d/b/a Roselle International

Statement Date: 06/30/2008
Statement No.        6922
Page No.               2

| | | | Hours | |
|---|---|---|---|---|
| 06/10/2008 | | | | |
| | MJF | Facsimile from client re first payment received; email to opposing counsel re status of settlement paperwork | 0.10 | 28.50 *credit* |
| 06/17/2008 | | | | |
| | MJF | File Stipulation and Order re payment plan with Bimex and Ziggy; facsimile to Bimex counsel of same | 0.20 | 57.00 |
| | MJF | Begin preparing default pleadings | 0.75 | 213.75 |
| 06/18/2008 | | | | |
| | MJF | Finish drafting memorandum of law in support of default judgment; draft affidavit of MJF re fees; draft affidavit of Steve Serck in support of motion for default. | 0.70 | 199.50 |
| 06/27/2008 | | | | |
| | MJF | Facsimile to counsel for Bimex attaching Stipulation and Order signed by Judge | 0.10 | 28.50 *credit* |
| | | For Current Services Rendered | 4.70 | 1,339.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Mary Jean Fassett | 4.70 | $285.00 | $1,339.50 |

| | | |
|---|---|---|
| Total Current Work | | 1,339.50 |

### Payments

| 06/17/2008 | Payment 6/6/08 #17939 | -555.75 |
|---|---|---|

| **Balance Due** | **$1,339.50** |
|---|---|

Please note your account number on your payment.
Please call if you have any questions.

*$1662.00*
*less ( $ 892.00 ) fees + costs related*
*to settlement with*
*other defendant*
———————————
*$ 770.00 due*

*MJK*
*7/31/08*

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606

Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite 310
Washington DC 20016

July 17, 2008
In Reference To:   JAB Produce, Inc. v. Bimex, Inc., et al.

Invoice #10103

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2008 WBK | A104 Review/analyze | Review/analyze MJ settlement docs; emails to/from MJ re: same | 0.20 250.00/hr | 50.00 |
| 6/10/2008 WBK | A106 Communicate (with client) | Email to/from MJ re receipt of signed Stip, etc. from Latimer | 0.10 250.00/hr | 25.00 |
| 6/17/2008 WBK | A110 Manage data/files | Docket Stip efiled by MJ; emails from/to MJ re: status, next steps | 0.20 250.00/hr | 50.00 |
| 6/18/2008 WBK | A108 Communicate (other external) | Cover letter to Judge Shadur deputy clerk encl. courtesy copy of Stipulation and Order; fax same to MJ, Latimer | 0.25 250.00/hr | 62.50 |
| 6/20/2008 WBK | A109 Appear for/attend | Court appearance on status, presentment of Stipulation and Order | 1.00 250.00/hr | 250.00 |
| 7/21/2008 WBK | A108 Communicate (other external) | Letter to Judge Shadur deputy clerk encl. motion for default judgment judge's copy (anticipated) | 0.20 250.00/hr | 50.00 |
| 7/24/2008 WBK | A109 Appear for/attend | Court appearance on motion for default judgment (anticipated) | 1.00 250.00/hr | 250.00 |
| | For professional services rendered | | 2.95 | $737.50 |
| | Previous balance | | | $924.50 |

*credit*

| | | | | Amount |
|---|---|---|---|---|
| Balance due | | | | $1,662.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 737.50 | 924.50 | 0.00 | 0.00 | 0.00 |

Law Offices of William B. Kohn
150 North Wacker Drive
Suite 1400
Chicago, IL 60606


Invoice submitted to:
JAB Produce, Inc.
c/o Mary Jean Fassett
McCarron & Diess
4900 Massachusetts Avenue N.W., Suite
310
Washington DC 20016


May 28, 2008
In Reference To: JAB Produce, Inc. v. Bimex, Inc., et al.
Invoice #10099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2008 WBK | A110 Manage data/files<br>Download complaint, summons, etc.; prepare all for service; tel conf process server re: same; emails to/from MJ re: same | | 0.50<br>250.00/hr | 125.00 |
| 4/7/2008 WBK | A110 Manage data/files<br>E-file returns of service for Kubas, Dziewonski | | 0.10<br>250.00/hr | 25.00 |
| 4/9/2008 WBK | A104 Review/analyze<br>Review/analyze Shadur order re: preparation for initial status; email to/from MJ re: same, service; tel conf Shadur clerk re: same; letter to Defendants encl. same, summons and complaint copies; tel conf process server re: additional service info | | 0.70<br>250.00/hr | 175.00 |
| 4/17/2008 WBK | A107 Communicate (other outside counsel)<br>Tel conf Kruczalak atty Cary Latimer; email, tel conf MJ re: same, continued service efforts | | 0.25<br>250.00/hr | 62.50 _credit_ |
| 5/6/2008 WBK | A106 Communicate (with client)<br>Emails to/from MJ re: status, service; review additional info faxed re: service; tel conf process server re: same | | 0.20<br>250.00/hr | 50.00 |
| 5/20/2008 WBK | A106 Communicate (with client)<br>Email to/from MJ re: status; tel conf atty Latimer (2) re: accepting service on behalf of Kruczalak, corporation; letter to Latimer confirming same, enclosing additional copies of Summonses and Complaint | | 0.55<br>250.00/hr | 137.50 _credit_ |
| 5/21/2008 WBK | A109 Appear for/attend<br>Court appearance on status; tel conf MJ re: same | | 1.00<br>250.00/hr | 250.00 _Credit_ |

JAB Produce, Inc.

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.30 | $825.00 |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 4/7/2008 WBK | E107 Delivery services/messengers Process server fee -- Dziewonski |  | 1 55.00 | 55.00 |
| WBK | E107 Delivery services/messengers Process server fee -- Kubas |  | 1 40.00 | 40.00 |
| 5/20/2008 WBK | E107 Delivery services/messengers Messenger delivery to Latimer |  | 1 4.50 | (4.50) *credit* |

| Total additional charges | $99.50 |
|---|---|

| Total amount of this bill | $924.50 |
|---|---|

| Balance due | $924.50 |
|---|---|