# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1899 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Jab Produce, Inc. Vs. Bimex, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for entry of default judgment is granted. Judgment is entered in favor of Plaintiff and against Defendant, Miroslaw Kubas, in the total amount of $5,988.19 plus post-judgment interest at the statutory rate, and all ongoing costs, expenses and reasonable attorneys' fees. There is no just reason for delay, and the Court expressly directs that this Judgment Order be entered as a final judgment in this matter.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|