# United States District Court
## Northern District of Illinois
### Eastern Division

JAB Produce, Inc.                        **JUDGMENT IN A CIVIL CASE**

       v.                                       Case Number: 08 C 1899

Bimex, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against the defendant Miroslaw Kubas in the amount of $5,988.19, plus post-judgment interest at the statutory rate, and all on going costs, expenses and reasonable attorneys' fees Plaintiff may incur in proceedings to enforce and collect upon this Judgment.

                                                  Michael W. Dobbins, Clerk of Court

Date: 8/15/2008                           /s/ Sandy Newland, Deputy Clerk